966 A.2d 546

**Gregory MARTINEZ, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,** Pennsylvania; Commonwealth of Pennsylvania, Philadelphia County, Pennsylvania; Robert Shannon, Superintendent, State Correctional Institution, Frackville, Pennsylvania, Respondents.

**No. 172 EM 2008.**

Supreme Court of Pennsylvania.

Jan. 29, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 29th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**